UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE SANCHEZ,<br><br>                                Plaintiff,<br><br>v.<br><br>CORECIVIC, INC., CORECIVIC, LLC,<br>CORECIVIC OF TENNESSEE, LLC,<br>OTAY MESA DETENTION CENTER,<br>and DOES 1 to 20,<br><br>                                Defendants. | Case No.:   3:25-cv-01944-JES-BLM<br><br>**ORDER GRANTING DEFENDANTS'<br>EX PARTE MOTION TO<br>CONTINUE RESPONSIVE<br>PLEADING DEADLINE** |

Defendants' Ex Parte Motion to Continue Responsive Pleading Deadline, ECF No. 2, is **GRANTED**. Defendants' response to Plaintiff's First Amended Complaint is now due August 20, 2025.

**IT IS SO ORDERED**.

Dated:  August 7, 2025

Honorable James E. Simmons Jr.
United States District Judge

3:25-cv-01944-JES-BLM