UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE SANCHEZ,<br><br>                          Plaintiff,<br><br>v.<br><br>CORECIVIC, INC.; CORECIVIC, LLC;<br>CORECIVIC OF TENNESSEE, LLC;<br>OTAY MESA DETENTION CENTER;<br>and DOES 1 to 20,<br><br>                          Defendants. | Case No.:  3:25-CV-1944-JES-BLM<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT**<br><br>**[ECF No. 14]** |

Before the Court is a joint motion by Plaintiff Bonnie Sanchez ("Plaintiff") and Defendants CoreCivic, Inc; CoreCivic, LLC; CoreCivic of Tennessee, LLC; Otay Mesa Detention Center; and Does 1 to 20 ("Defendants"), to extend Defendants' time to answer or otherwise respond to Plaintiff's complaint. ECF No. 14.

The Court **GRANTS** the motion. Defendant's deadline to answer, or otherwise respond, to Plaintiff's complaint is now **<u>December 9, 2025</u>**.

**IT IS SO ORDERED**.

Dated:  November 14, 2025

_____
Honorable James E. Simmons Jr.
United States District Judge