UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE SANCHEZ,<br><br>                                         Plaintiff,<br><br>v.<br><br>CORECIVIC, INC; CORECIVIC, LLC;<br>CORECIVIC OF TENNESSEE, LLC; OTAY<br>MESA DETENTION CENTER; CHRISTOPHER<br>J. LAROSE; and DOES 1-20, inclusive,<br><br>                                         Defendants. | Case No.:  25-CV-1944-JES-BLM<br><br>**ORDER DENYING JOINT MOTION<br>TO CONTINUE EARLY NEUTRAL<br>EVALUATION AND CASE MANAGEMENT<br>CONFERENCES**<br><br>**[ECF No. 18]** |

On December 16, 2025, the parties filed a Joint Motion to Continue the Early Neutral Evaluation and Case Management Conferences. ECF No. 18.  The parties seek to continue the Early Neutral Evaluation Conference ("ENE") and the Case Management Conference ("CMC") currently scheduled for January 13, 2026 at 2:00 p.m.  Id. at 1; See ECF No. 17.  In support, the parties state that Defendant's lead counsel, who resides in Pennsylvania, will be unavailable to attend the conferences "due to the time difference and pre-scheduled conflicts in coordinating after-school childcare." Id. at 2. The parties state that Defendant's counsel and corporate representative will be available on January 14 through January 16, 2026, prior to 2 p.m. and request a morning conference. Id. The parties also state that Defendant's corporate representative is unavailable on January 19 through January 30, 2026.  Id.

Civil Local Rule 16.1(c) requires that an ENE take place within forty-five (45) days of the filing of an answer and the answer in this case was filed on December 9, 2025. See S.D. LR

25-CV-1944-JES-BLM

16.1(c); ECF No. 16. Additionally, the Court is not available for a morning session during the time period requested by the parties. Accordingly, the parties' joint motion is **DENIED**. All dates and deadlines remain as previously set. See ECF No. 17.

    **IT IS SO ORDERED**.

Dated: 12/16/2025

Hon. Barbara L. Major
United States Magistrate Judge

2

25-CV-1944-JES-BLM