UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE SANCHEZ,<br><br>                                Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC.; CORECIVIC, LLC;<br>CORECIVIC OF TENNESSEE, LLC;<br>OTAY MESA DETENTION CENTER;<br>CRISTOPHER J. LAROSE; and DOES 1<br>to 20, inclusive,<br><br>                                Defendants. | Case No.:   3:25-cv-1944-JES-BLM<br><br>**ORDER GRANTING JOINT<br>MOTION TO DISMISS** |

Before the Court is the parties' joint motion to dismiss this suit, which was brought by Plaintiff Bonnie Sanchez against Defendants CoreCivic, Inc; CoreCivic, LLC; CoreCivic of Tennessee, LLC; Otay Mesa Detention Center; Christopher J. LaRose; and Does 1-20, inclusive. ECF No. 20. Upon review of the record and for good cause shown, the Court **GRANTS** the Motion.

This action is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties are responsible for their own attorney's fees, costs, and any other expenses incurred in this matter.

The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

Dated:  December 30, 2025

Honorable James E. Simmons Jr.
United States District Judge

3:25-cv-1944-JES-BLM